UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Patricia Kidd, )
)
        Plaintiff, )
)
v. )   Civil Action No.   **10 0053**
)
District of Columbia *et al.*, )
)
        Defendants. )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* motion for a temporary restraining order ("TRO") accompanied by her complaint and application to proceed *in forma pauperis*. The Court will grant leave to proceed *in forma pauperis*, deny the TRO motion and dismiss the case as frivolous.

Plaintiff is a resident of the District of Columbia seeking emergency relief against "the D.C. Court Network." TRO Motion at 5 (page number supplied). She seeks a broad order enjoining parties ranging from the District of Columbia Mayor to the United States Supreme Court from in essence making decisions adverse to her. *See id* at 4-13. Not only is the behavior sought to be restrained too broad to fashion an appropriate order, *see* Fed. R. Civ. P. 65(d), but the motion is simply frivolous.

With regard to the complaint, plaintiff purports to sue for "malpractice," but she names as defendants high-level District of Columbia officials, judges of this Court and the Superior Court of the District of Columbia, as well as "Supreme Court for DC Circuit William Rehnquist" and other entities and individuals with no apparent relationship to plaintiff. The complaint consists

of disconnected, incomprehensible statements. A complaint may be dismissed under 28 U.S.C. § 1915(e)(2) as frivolous when "there is indisputably absent any factual and legal basis for the asserted wrong," *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984), or when it describes fantastic or delusional scenarios or contains "fanciful factual allegation[s]." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); accord *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). This complaint qualifies for such treatment. A separate Order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: January 8, 2010

2